UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAREN MINNIFIELD, | ) | NO. EDCV 08-624-CT |
| Plaintiff, | ) ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: December 2, 2008

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE